**Order entered January 17, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00049-CV

### SCOTT AND WHITE HEALTH PLAN, Appellant

### V.

### MARVIN B. LOWE, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-05291-2018**

## ORDER

Before the Court is appellant's January 13, 2020 unopposed motion for extension of time to file his petition for permissive appeal. Appellant seeks an extension from January 21, 2020, the deadline under the rules of appellate procedure, to February 4, 2020. *See* TEX. R. APP. P. 4.1(a), 28.3(c).

We **DENY** the motion. *See id.* 28.3(d) (allowing extension where petition has been filed); *see also id.* 10.5(b)(1)(C) (requiring extension motion reasonably explain need for extension); *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) (defining reasonable explanation). The petition remains due January 21, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE